FILED
U.S. DISTRICT COURT
DIV.
'11 APR 26 AM 10:03
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANITA JOY SIMPSON,

    Plaintiff,

v.

CIVIL ACTION NO.: CV510-079

CERTEGY CHECK SERVICES, INC.,

    Defendant.

## ORDER and MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Certegy Check Services, Inc. ("Defendant"), filed a Motion for More Definite Statement and to Dismiss, to which Plaintiff Anita Joy Simpson ("Plaintiff") responded. On the same day Plaintiff filed her Response to Defendant's Motions, she also filed a Motion to Amend. Defendant filed a Response to Plaintiff's Motion. Upon review, and in light of the leniency afforded parties proceeding *pro se*, Plaintiff's Motion to Amend is **GRANTED**. Plaintiff shall file any desired amendment to her Complaint within ten (10) days of this Order. Defendant's Motion for More Definite Statement is **GRANTED**, and Plaintiff shall draft her amendment accordingly. Because the undersigned has allowed Plaintiff the opportunity to amend her Complaint, Defendant's Motion to Dismiss should be **DISMISSED** as moot.

Plaintiff has also filed a Motion for Discovery. Defendant filed a Response, and Plaintiff filed a Reply. Plaintiff's Motion is **DENIED**. As the undersigned has informed

Plaintiff on a previous occasion, discovery requests are to be directed to Defendant's counsel.

Finally, Plaintiff has filed a Motion for Voluntary Dismissal of her Fair Credit Reporting Act ("FCRA") claims. Plaintiff's Motion should be **GRANTED,** and her FCRA claims should be **DISMISSED**.

**SO ORDERED** and **REPORTED** and **RECOMMENDED**, this 26th day of April, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)