IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANITA JOY SIMPSON,

    Plaintiff,

v.                          CIVIL ACTION NO.: CV510-079

CERTEGY CHECK SERVICES, INC.,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's Motion to Dismiss (Doc. 41) is **dismissed** as moot. Plaintiff's Motion for Voluntary Dismissal of the cause of action for violation of the Fair Credit Reporting Act (Doc. 61) is **granted.** Plaintiff's FCRA claims are **dismissed**.

**SO ORDERED**, this 23 day of May, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)